# Third District Court of Appeal

## State of Florida

Opinion filed May 31, 2023.
Not final until disposition of timely filed motion for rehearing.

———————————

No. 3D22-423
Lower Tribunal No. 21-15145

———————————

**Birol Ozyesilpinar,**
Appellant,

vs.

**GLM Omnimedia Group LLC, et al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Pedro P. Echarte, Jr., Judge.

Birol Ozyesilpinar, in proper person.

Holland & Knight, LLP, Scott D. Ponce and Benjamin A. Taormina, for appellees Voice Media Group, LLC, Voice Media Group, Inc., and Miami New Times, LLC; Toth Funes PA, Brian Toth and Freddy Funes, for appellees DMG Media, Ltd., Daily Mail and General Trust PLC, and Associated Newspapers Ltd.; Hinshaw & Culbertson LLP, and James H. Wyman, for appellee Raw Story Media, Inc.

Before FERNANDEZ, C.J., and HENDON and BOKOR, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>Ozyesilpinar v. Reach PLC</u>, 48 Fla. L. Weekly D1004a (Fla. 3d DCA May 17, 2023).